# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CRAIG IVAN GILBERT,<br>                    Appellant,<br>                    vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 80380 |

FILED

FEB 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order of commitment pursuant to NRS 178.415. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                          Cadish

20-04778

cc: Hon. Linda Marie Bell, Chief Judge
Craig Ivan Gilbert
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk